UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUNIUS P. LEISURE, 2nd,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | No. 19-cv-2532 |
| : | |
| **PA GOVERNOR TOM WOLF,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 19th day of June, 2019, upon consideration of Plaintiff Junius P. Leisure, 2nd's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his Prisoner Trust Fund Account Statement (ECF No. 3), and his *pro se* Complaint (ECF No. 2), which raises claims under 42 U.S.C. § 1983, it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    Junius P. Leisure, 2nd, #MP5563, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court hereby directs the Warden of SCI Fayette or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Leisure's inmate account; or (b) the average monthly balance in Leisure's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Leisure's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to

Leisure's inmate account until the fees are paid.  Each payment shall reference the docket number for this case.

       3.       The Clerk of Court is directed to **SEND** a copy of this order to the Warden of SCI Fayette.

       4.       The Complaint is **DEEMED** filed.

       5.       The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

       6.       The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**